UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 19-1829 FMO (DFMx) | Date | January 2, 2020 |
|---|---|---|---|
| Title | Bryan Williams v. Avenue I, LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Cheryl Wynn | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

By Order dated December 10, 2019, plaintiff was ordered to show cause, on or before December 17, 2019, why this action should not be dismissed for lack of prosecution. (See Dkt. 16, Court's Order of December 10, 2019). The OSC stated that it would stand submitted upon the filing of answers by defendants, or an application for entry of default. (See id.). On December 17, 2019, plaintiff filed a request for entry of default as to defendant Avenue I, LLC ("Avenue").[1] (See Dkt. 21). However, on December 18, 2019, the Clerk issued a Notice of Deficiency as to the request for entry of default, (see Dkt. 22), noting the deficiencies in plaintiff's request, (see id.), and declined to enter Avenue's default. (Id.). As of the date of this Order, plaintiff has not filed a new request for entry of default. (See, generally, Dkt.).

The court will provide plaintiff one final opportunity to file a request for entry of default. Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file and serve a request for entry of default no later than **January 6, 2020**.

2. Plaintiff is admonished that failure to file a compliant request for entry of default by the deadline set forth above shall result in the dismissal of the action as to Avenue for lack of prosecution and failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | cw |

---

[1] Defendant Pinky Beach filed its Answer on December 12, 2019. (See Dkt. 17).